**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

**Case No.** CV 10-4675-MMM (OP)                    **Date:** September 1, 2010

**Title:** Hector Orozco v. Mike McDonald, Warden

---

|  |  | ☐ U.S. DISTRICT JUDGE |
|---|---|---|
| **PRESENT:** THE HONORABLE | OSWALD PARADA | |
|  |  | ☒ MAGISTRATE JUDGE |

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
             NONE                                              NONE

**PROCEEDINGS:**    (IN CHAMBERS: ORDER TO SHOW CAUSE)

On June 24, 2010, Petitioner filed Request to Hold the Petition in Abeyance and Stay Federal Proceedings Pending Exhaustion of State Remedies, along with a Motion for Appointment of Counsel.  However, Petitioner did not file a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254.  Accordingly, on July 7, 2010, the Court denied Petitioner's Request for Stay and Abeyance and his Motion for Appointment of Counsel.  To date, Petitioner has not filed a § 2254 petition.

Accordingly, Petitioner is ordered to show cause no later than October 1, 2010, why this case should not be dismissed for failure to prosecute.  The filing of Petitioner's § 2254 petition on or before October 1, 2010, shall be deemed compliance with this Order to Show Cause.  Petitioner's failure to do so shall result in the Court recommending that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

**IT IS SO ORDERED.**


cc:  All Parties of Record

                                                                Initials of Deputy Clerk____MG_

---

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL