1
2
3
4
5
6                     O
7
8            UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10
11 HECTOR OROZCO,                  Case No. CV 10-4675-MMM (OP)
12         Petitioner,           ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
13    v.                              RECOMMENDATIONS OF UNITED STATES MAGISTRATE
14 MIKE McDONALD, Warden,        JUDGE
15
16         Respondent.

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///
///
///

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 23, 2012

_____
HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2